UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Elena Funez,<br>    *Plaintiff*, | § § § § | |
| v. | § | CIVIL ACTION H-12-2932 |
| T.Q.Ely, Inc. and Francis Qui Minh Ly,<br>    *Defendants*. | § § § § | |

### FINAL JUDGMENT

In accordance with the court's order issued this day, it is **ORDERED, ADJUDGED, AND DECREED**:

1. That judgment by default be entered in favor of Elena Funez ("Funez") against defendants T.Q. Ely, Inc. ("T.Q. Ely") and Francis Qui Minh Ly ("Minh Ly");

2. That Funez recover damages pursuant to 29 U.S.C. § 216(b) from T.Q. Ely and Minh Ly in the amount of $9,788.60 in unpaid overtime wages and $9,788.60 in liquidated damages for a total of $19,577.20;

3. That Funez recover attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1920 from T.Q. Ely and Minh Ly in the amount of $5,604.50; and

4. That interest shall accrue on this award at a rate of 0.15% per annum pursuant to 28 U.S.C. § 1961, from the date of entry of this judgment until the date the judgment is paid.

All writs and process for the enforcement and collection of this judgment may issue as necessary. In connection with any Writ of Execution in this case, the court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this judgment.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on September 17, 2013.

                                            _____
                                            Gray H. Miller
                                        United States District Judge